UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


EUGENE J. LOCKHART, JR.,                    )
                                            )
              Plaintiff,                    )
                                            )          CIVIL ACTION NO.
VS.                                         )
                                            )          3:14-CV-0027-G (BK)
TEXAS HEALTH PLANO, ET AL.,                 )
                                            )
              Defendants.                   )


**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**


       The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  No objections were filed.  The district court reviewed

the proposed findings, conclusions and recommendation for plain error.  Finding

none, the court **ACCEPTS** the findings, conclusions, and recommendation of the

United States Magistrate Judge.

       It is therefore **ORDERED** that the plaintiff's claims against Dr. Duckworth in

her official capacity as the Medical Director at FCI Seagoville are summarily

**DISMISSED** with prejudice as frivolous.  *See* 28 U.S.C. § 1915A(b)(1).  This holding

does not affect the plaintiff's claims against Dr. Duckworth in her individual capacity.

The court prospectively **CERTIFIES** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); FED. R. APP. P. 24(a)(3). In support of this certification, the court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation. See *Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the findings and recommendation, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).[*] In the event of an appeal, plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit. See *Baugh*, 117 F.3d at 202; FED. R. APP. P. 24(a)(5).

May 28, 2014.

A. JOE FISH
**Senior United States District Judge**

---

[*]    Federal Rule of Appellate Procedure 4(a) governs the time to appeal an order. A timely notice of appeal must be filed even if the district court certifies an appeal as not taken in good faith.